**WO**

1
2
3
4
5

6                    IN THE UNITED STATES DISTRICT COURT

7                     FOR THE DISTRICT OF ARIZONA

8

9    Terri Lynn Dukes,                  )     No. CV-07-1662-PHX-LOA
                                        )
10              Plaintiff,               )     **ORDER**
                                        )
11   vs.                                 )
                                        )
12                                       )
     Michael  Astrue,  Commissioner,  Social )
13   Security Administration,            )
                                        )
14              Defendant.               )
                                        )
15   _____ )

16
17              I, Lawrence O. Anderson, Magistrate Judge of the United States District for

18   the District of Arizona, hereby:

19              **GRANT** the application for leave to proceed in forma pauperis (docket #2),

20   without prepayment of costs or fees or the necessity of giving security therefore.  Service by

21   waiver or of the summons and complaint shall be at government expense on the defendants

22   by the U. S. Marshal or his authorized representative.

23              The Clerk shall forthwith notify the Plaintiff of the entry of this Order.

24              DATED this 6th day of September, 2007.

25
26                                        _____
                                            Lawrence O. Anderson
27                                          United States Magistrate Judge

28